**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

------------------------------------------------------------------X

BERNARD GUMBS,

                                                           **STIPULATION AND**
                                           Plaintiff, **ORDER OF SETTLEMENT**
                                                           **AND DISCONTINUANCE**

-against-
                                                           07 CV 02160 (DC)

THE CITY OF NEW YORK. POLICE OFFICER JEREMIAH
WILLIAMS, Shield No. 7878, POLICE OFFICER AURCLIEN
JEANTY, Shield No. 27965, and POLICE OFFICERS JOHN
DOES 1-2, Shield Nos. Unknown,

                                                           Defendants.

------------------------------------------------------------------X

        **WHEREAS,** plaintiff Bernard Gumbs commenced this action by filing a complaint

on or about March 13, 2007, alleging that defendants violated his constitutional rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this action on the terms set

forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

        1. The above-referenced action is hereby dismissed, with prejudice, and

without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2.    Defendant City of New York hereby agrees to pay plaintiff Bernard Gumbs the sum of *Two Thousand Seven Hundred Fifty Dollars ($2,750.00)* in full satisfaction of all claims, including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Bernard Gumbs agrees to dismissal with prejudice of all claims against the individual defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Police Department, and the City of New York from any and all liability, claims, or rights of action under state or federal law which were or could have been alleged by plaintiff in this action arising from the events alleged in the complaint in this action, including claims for costs, expenses or attorneys fees.

3.    Plaintiff Bernard Gumbs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit Concerning Liens.

4.    Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

- 2 -

6.  This stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
~~August~~ , 2007
Scott A. Korenbaum, Esq.
111 Broadway, Suite 1305
New York, N.Y. 10007
(212) 587-0018

MICHAEL A. CARDOZO
Corporation Counsel
    of the City of New York
Attorney for Defendant City of New York,
Jeremiah Williams and Aurelien Jeanty
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084

By: Scott A. Korenbaum, Esq.( $SK$-8305 )

By: David M. Hazan (DH-8611)
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED:

Honorable Denny Chin
United States District Judge, S.D.N.Y.

10/19/07

- 3 -